1  R. L. Goodrich
   22365 Barton Road, Suite 220
2  Grand Terrace, CA  92313
   Telephone:    (909) 423-0700
3  Telecopier:   (909) 423-0461

4  Chapter 7 Trustee

5

6                    UNITED STATES BANKRUPTCY COURT
                              CENTRAL
7                             RIVERSIDE

8

9  In re                          )  Case No. 6:04-12020-MJ
                                  )  Chapter 7
10 LARRY NEWLAND FRANCIS          )
                                  )
11                                )  **NOTICE OF UNCLAIMED**
                                  )  **DIVIDENDS**
12                                )  **3011**
                   Debtor.        )
13                                )

14

15      **TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES**

16 **BANKRUPTCY COURT:**

17      Please find annexed hereto Check No. #3048  in the sum of $76.24  representing the total

18 amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero

19 balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list

20 of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed

21 dividend is as follows (only one item):

22
   Claim #24; payment 14.64057% uncleared Check to #3041 to Sally L. Ritschel issued 12/30/10.
23

24 Dated: August /2, 2011

25

26                                              _____
                                                R. L. GOODRICH
27                                              Chapter 7 Trustee

28

                                          -1-

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

R. L. GOODRICH
22365 BARTON ROAD
SUITE 220
GRAND TERRACE, CA 92313

CHECK NUMBER: 3048

| DATE | AMOUNT |
|---|---|
| 08/11/11 | **********76.24 |

| CASE NUMBER | DEBTOR |
|---|---|
| 6:04-12020  MJ | FRANCIS, LARRY NEWLAND |

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
3420 TWELFTH STREET
RIVERSIDE, CA 92501

*Seventy Six Dollars And 24/100*

R L Goodrich, Trustee

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

Claim 000024, Payment 14.64042%
Unclaimed dividends re check 3041

⑆003048⑆ ⑉111000012⑉ 3758350818⑈

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

---

| Date: 08/11/11 | Check Number: 3048 | Amount: 76.24 |
|---|---|---|
| | Case Number: 6:04-12020    MJ | |
| | Debtor Name: FRANCIS, LARRY NEWLAND | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>3420 TWELFTH STREET<br>RIVERSIDE, CA 92501 | Trustee: | R. L. GOODRICH<br>22365 BARTON ROAD<br>SUITE 220<br>GRAND TERRACE, CA 92313 |
|---|---|---|---|

Description:   Claim 000024, Payment 14.64042%   Unclaimed dividends re check 3041

Bank Account Number:   3758350818

---

| Date: 08/11/11 | Check Number: 3048 | Amount: 76.24 |
|---|---|---|
| | Case Number: 6:04-12020    MJ | RC8 |
| | Debtor Name: FRANCIS, LARRY NEWLAND | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>3420 TWELFTH STREET<br>RIVERSIDE, CA 92501 | Trustee: | R. L. GOODRICH<br>22365 BARTON ROAD<br>SUITE 220<br>GRAND TERRACE, CA 92313 |
|---|---|---|---|

Description:   Claim 000024, Payment 14.64042%   Unclaimed dividends re check 3041

Bank Account Number:   3758350818