1  R. L. Goodrich
   22365 Barton Road, Suite 220
2  Grand Terrace, CA  92313
   Telephone:    (909) 423-0700
3  Telecopier:    (909) 423-0461

4  Chapter 7 Trustee

5

6                    UNITED STATES BANKRUPTCY COURT
                              CENTRAL
7                            RIVERSIDE

8

9  In re                                   ) Case No. 6:04-12020-MJ
                                            ) Chapter 7
10 LARRY NEWLAND FRANCIS                    )
                                            ) **WITHDRAWAL OF**
11                                          ) **NOTICE OF UNCLAIMED**
                                            ) **DIVIDENDS**
12                                          ) **3011**
             Debtor.                        )
13                                          )

14

15 **TO  CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

16  On or about August 16, 2011, a Notice of Unclaimed Dividends 3011 was filed with this

17 court with a copy of check #3048 in the amount of $76.24.  Since that time, said check has been

18 voided, as the claimant Sally L. Ritschel has received payment of $76.24 direct.

19 Dated: September _15_, 2011

20

21
                                    _____
22                                          R. L. GOODRICH
                                            Chapter 7 Trustee
23

-1-